# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION**<br><br>_____<br><br>**THIS DOCUMENT RELATES ONLY TO:**<br><br>Silva John v. Ford Motor Company, et. al., 2:18-cv-02478-AB-FFM | **CASE NO :2:18:-ML-02814-AB-FFM**<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Judge Andre Birotte Jr., |

[PROPOSED ORDER] GRANTING JOINT STIPULATION FOR DISMISSAL

# ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: April 9, 2020

_____
HONORABLE JUDGE ANDRE BIROTTE JR.,